347 A.2d 485

COMMONWEALTH of Pennsylvania

v.

Larry REDMOND, Appellant.

Supreme Court of Pennsylvania.

Nov. 26, 1975.

538

Nicholas T. Long, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Martin L. Trichon, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.